IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] MICHAEL FLORES-SIERRA,<br>[2] GAMALIER CARTAGENA-MARTINEZ,<br>Defendants. | INDICTMENT<br><br>Criminal No. 26-15 (FAB)<br><br>Violations:<br>18 U.S.C. § 922(o)<br><br>Forfeiture Allegation<br><br>TWO COUNTS |

THE GRAND JURY CHARGES:

## COUNT ONE
### Illegal Possession of a Machinegun
(18 U.S.C. § 922(o))

On or about January 3, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

[1] MICHAEL FLORES-SIERRA

did knowingly possess a machinegun—that is, one Glock pistol, model 27, .40 caliber, bearing serial number BCEL775; which was modified to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## COUNT TWO
### Illegal Possession of a Machinegun
(18 U.S.C. § 922(o))

On or about January 3, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

[2] GAMALIER CARTAGENA-MARTINEZ

did knowingly possess a machinegun—that is, one Glock pistol, model 21, .45 caliber, bearing serial number AHB032US; which was modified to shoot, automatically more than one shot, without manual reloading, by a single function of the trigger. All in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses charged in Count One and Two of this Indictment, the defendants,

[1] MICHAEL FLORES-SIERRA, and
[2] GAMALIER CARTAGENA-MARTINEZ

shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm and ammunition involved in the commission of the offense and any firearm and ammunition seized in this case, including, but not limited to: one Glock pistol, model 27, .40 caliber, bearing serial number BCEL775; 103 rounds of .40 caliber ammunition; four .40 caliber magazines; one Glock pistol, model 21, .45 caliber, bearing serial number AHB032US; 6 rounds of .45 caliber ammunition; and two .45 caliber magazines. All in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

TRUE BILL

FOREPERSON
Date: 1-12-26

W. STEPHEN MULDROW
United States Attorney

Jeanette M. Collazo-Ortiz
Assistant United States Attorney
Deputy Chief, Violent Crimes Division

César E. Rivera Díaz
Assistant United States Attorney
Violent Crimes Division